**FILED**
CLERK, U.S. DISTRICT COURT

07/30/21

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ____JBB____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUEBEN HOUSTON,<br>  aka "Rico,"<br><br>    Defendant. | CR 2:21-cr-00347-FMO-1<br><br><u>I N D I C T M E N T</u><br><br>[21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii): Attempted Possession with Intent to Distribute Methamphetamine] |

The Grand Jury charges:

[21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii)]

On or about February 20, 2019, in Los Angeles County, within the Central District of California, defendant REUBEN HOUSTON, also known

///
///
///
///
///
///
///
///

1  as "Rico," knowingly and intentionally attempted to possess with
2  intent to distribute at least fifty grams, that is approximately 18.4
3  kilograms, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics, Money
 Laundering, & Racketeering Section